**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 18 2017 ★

BROOKLYN OFFICE



**UNITED STATES PRETRIAL SERVICES AGENCY**
**Eastern District of New York**

# MEMORANDUM

| | |
|---|---|
| **DATE:** | May 9, 2017 |
| **TO:** | Honorable Jack B. Weinstein<br>Senior U.S. District Judge |
| **RE:** | Sammy Smith<br>Defendant, 1:17-CR-221<br>**Violation of Release Conditions – Second Positive Drug Test** |

Reference is made to the above-named defendant who appeared before Magistrate Judge Arlene R. Lindsay on January 24, 2017 for an initial appearance and arraignment on a Complaint charging him with Conspiracy to Export Firearms Components, in violation of 22 USC 2778. The defendant was ordered released on a $25,000 bond, cosigned by one surety, with the following additional conditions: report to Pretrial Services as directed; travel restricted to the Eastern and Southern Districts of New York, as well as the entire state of New York and New Jersey for work purposes; surrender passport and do not re-apply; undergo random drug testing, undergo substance abuse evaluation and/or treatment as deemed necessary by Pretrial Services; subject to home and/or employment visits by Pretrial Services; seek and maintain employment, and; restricted from possessing a firearm or other destructive device. The defendant was arraigned on Indictment by Magistrate Judge Ramon E. Reyes on May 1, 2017, and he is scheduled to appear before Your Honor for a status conference on June 5, 2017.

Pretrial Services submitted a memorandum to Your Honor on April 27, 2017, informing the Court of the defendant's use of cocaine while on bail. We are now writing to advise Your Honor that the defendant's drug test on May 2, 2017 also returned positive for cocaine. The defendant admitted to new use of the drug, attributing it to poor choices in social associations. The defendant's reporting and drug testing frequencies had already been increased, and now treatment options will be discussed. Pretrial Services is not recommending any court action at this time, and will report any further noncompliance to the Court. Assistant United States Attorney (AUSA) Kaitlin Farrell and Defense Counsel Allegra Glashausser have both been notified regarding this matter. If Your Honor has any questions or concerns, please contact Pretrial Services Officer Brian Manganaro at (631) 712-6414.

| Prepared by: _____ | Approved by: _____ |
|---|---|
| Brian Manganaro<br>U.S. Pretrial Services Officer | Andrew Prozeller<br>Supervising Pretrial Services Officer |

CC: Kaitlin Farrell, AUSA; Allegra Glashausser, Federal Defenders of NY